No. 03–9463.  RAMSEY v. PALMATEER, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 03–9464.  SALAZAR v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–9468.  PURINTUN v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 03–9469.  MOTE v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 03–9473.  BYNUM v. DUNCAN, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 03–9475.  OLDHAM v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 03–9480.  ATKINSON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–9482.  WASKO v. MOORE.  Ct. App. N. M.  Certiorari denied.

No. 03–9489.  RUSSELL v. GARRARD ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 03–9491.  SPENCER v. ELO, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–9494.  MUHAMMAD, FKA KNIGHT v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 03–9501.  MITCHELL v. TENNESSEE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 03–9507.  TRAYLOR v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–9513.  CODDINGTON v. LANGLEY, WARDEN.  C. A. 6th Cir.  Certiorari denied.